IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL**  **PLAINTIFF**
**ADC #601559**

V.   NO. 4:25-cv-01008-JM

**DEXTER PAYNE,** *et al*.   **DEFENDANTS**

### ORDER

The Court withdraws the reference. The parties' joint motion to dismiss (Doc. 22) is GRANTED. Mr. Hill's claims are dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

The Clerk is instructed to close this case.

IT IS SO ORDERED this 15th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE